```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
  CRIMINAL DOCKET PARTY INFORMATION FOR CASE F05-0030--CR (TWH)
                    "USA V EARL A. VALLEY II"
                     DEF 1.1 VALLEY, EARL A. II

       Including terminated defendants, excluding terminated counsel
```

```
     Presiding Judge:  The Honorable Terrance W. Hall, U.S. Magistrate Judge
     Magistrate Judge:
               Filed: 08/15/05
              Closed: NO
 No. of Defendants: 1
    MJ Case Number:
                AKA:
    Location status: Released on Own Recognizance
          Trial date: 11/30/05
          Terminated: NO
 Needs interpreter: NO
   Counsel of record: Mary Jane Haden
                     Federal Public Defender
                     550 W. 7th Avenue, Suite 1600
                     Anchorage, AK 99501
                     907-646-3400
                     FAX 907-646-3480
                     Serve: YES
                      Type: FPD
                      Role: Pretrial/Trial


 PLF 1.1 UNITED STATES OF AMERICA

 Counsel of record: Brian D. Teter
                    101 12th Ave Room 310 - Box 2
                    Fairbanks, AK 99701
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial


 Counts re: DEF 1.1 VALLEY, EARL A. II
```

| Document     | Count | Citation and Description                                          | Disposition |
|--------------|-------|-------------------------------------------------------------------|-------------|
| 1 -   1 INF  | 1     | 18:661 THEFT OF PERSONAL PROPERTY OF A VALUE LESS THAN $1000.00 (M) | Pending     |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
    CRIMINAL DOCKET ENTRIES FOR CASE F05-0030--CR (TWH)
                  "USA V EARL A. VALLEY II"

                      For all filing dates
```

Presiding Judge:  The Honorable Terrance W. Hall, U.S. Magistrate Judge
Magistrate Judge:
          Filed: 08/15/05
         Closed: NO
No. of Defendants: 1

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 08/15/05 | [Re: DEF 1] PLF 1 Information. |
| NOTE - 1 | 08/23/05 | Issued: Summons. |
| 2 - 1 | 08/23/05 | [Re: DEF 1] TWH Minute Order setting arraignment for Thursday, September 29, 2005 at 10:00 a.m. in Fairbanks.  cc: USA; USM; USPO; Def (via USM); FPD; MJ Hall. |
| 3 - 1 | 08/24/05 | Return of Summons executed by USM. |
| 4 - 1 | 09/29/05 | [Re: DEF 1] TWH Court Minutes [ECR: Carolyn Bollman] from arr held 09/29/05:  Def appt FPD, financial aff filed, NG plea, PTM's due 10/19/05, TBJ set for 11/18/05. cc: Teter, Haden, FPO, USM |
| 5 - 1 | 09/29/05 | DEF 1 Financial Affidavit. |
| 6 - 1 | 09/29/05 | [Re: DEF 1] Order setting conditions of release, OR. cc; Teter, Haden, FPO, USM |
| 7 - 1 | 09/29/05 | [Re: DEF 1] TWH Order regarding preparation for trial: PTM's due 10/19/05, discovery confernece by 10/09/05. cc: Teter, Haden, FPO, USM |
| 8 - 1 | 09/29/05 | DEF 1 Consent to Proceed Before Magistrate Judge. |
| 9 - 1 | 10/24/05 | [Re: DEF 1] TWH Minute Order TBJ for Nov 18,2005 is VACATED and reset jury selection on wednesday Nov 30,2005 at 9:00 a.m. in cunjunction with jury selection in the matter of USA v Danford. Upon completion of Jury selection,trial in this matter beging with the trial in USA v Danford to trail cc: cnsl, USM, USPO, MJ Hall. |
| 10 - 1 | 10/31/05 | [Re: DEF 1] TWH Minute Order setting trial by jury for 11/30/05 at 9:00 a.m. in Fairbanks and Final PT Conf for 11/23/05 at 9:00 a.m.  Defendant must be present at FPTC. Voir dire questions and proposed jury instructions due 11/18/05.  Stipulation re jury of less than 12 must be filed by nlt 11/23/05. cc: USA; USM; USPO; MJ Haden; jury clerk, MJ Hall. |
| 11 - 1 | 11/03/05 | [Re: DEF 1] PLF 1 Report of Conference of 10-10-05. |
| 12 - 1 | 11/16/05 | DEF 1 Notice of intent to use digital evidence presentation system. |
| 13 - 1 | 11/18/05 | DEF 1 Proposed Jury Instructions. |
| 14 - 1 | 11/18/05 | DEF 1 Proposed Voir Dire. |
| 15 - 1 | 11/21/05 | [Re: DEF 1] PLF 1 Proposed Jury Instructions. |
| 16 - 1 | 11/21/05 | [Re: DEF 1] PLF 1 Proposed Voir Dire. |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE F05-0030--CR (TWH)
                                "USA V EARL A. VALLEY II"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 17 - 1 | 11/28/05 | [Re: DEF 1] TWH Court Minutes from FPTC held 11/23/05: TBJ to start 11/30/05. cc: Teter, Hadem FPO, USM |
| 18 - 1 | 11/28/05 | DEF 1 motion in limine for order excluding evidence. |
| 18 - 2 | 11/28/05 | DEF 1 motion for shortened time consideration. |
| 19 - 1 | 11/29/05 | [Re: DEF 1] TWH Minute Order re motion on shortened time for an order in limine is GRANTED. Argument to be heard prior to Jury selection 11/30/05 at 9:00 a.m. Government to file any response by COB 11/29/05 cc: Cnsl, MJ Hall |
| 20 - 1 | 11/29/05 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion in limine for order excluding evidence. (18-1) |
| 21 - 1 | 11/29/05 | [Re: DEF 1] PLF 1 Supplement opposition re: DEF 1 motion in limine for order excluding evidence. (18-1) |