**FILED**

DEC 5 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____TG_____ Deputy

MINUTES OF THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

U.S.A. vs. EARL A. VALLEY II          CASE NO. F05-0030--CR (TWH)
Defendant: X Present X On Bond

BEFORE THE HONORABLE TERRANCE W. HALL

DEPUTY CLERK/RECORDER: ELISA SINGLETON

UNITED STATES ATTORNEY: CAPTAIN BRIAN D. TETER

DEFENDANT'S ATTORNEY: M.J. HADEN

PROCEEDING: TRIAL BY JURY - DAY 3 - HELD December 2, 2005:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 8:45 a.m. court convened without the jury panel present.

Court and counsel heard re jury note.

At 8:57 a.m. the jury entered the courtroom.

Court heard re playback of evidence.

At 9:04 a.m. court recessed until 10:32 a.m. without the jury present.

Court and counsel heard re jury note.

At 10:36 a.m. the jury entered the courtroom.

Court heard; mis-trail declared due to a hung jury.

At 10:41 a.m. the jury exited the courtroom.

Court and counsel heard.  Government counsel to notify the court **by Friday December 9, 2005.**  Defendant to remain on previously set conditions of release.

At 10:44 a.m. court adjourned.

Note: All admitted exhibits returned to counsel after the verdict.  Original Jury instructions forwarded to case management.  List of Exhibits and Witnesses attached.

DATE: December 5, 2005          DEPUTY CLERK'S INITIALS: ES

F05-0030--CR (TWH)
------------------------------------
M. HADEN (FPD)
B. TETER
US MARSHAL

US PROBATION
MAGISTRATE JUDGE HALL
12-5-05

25

FILED

DEC 21 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____Deputy

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,            )
                                     )
            Plaintiff,               )
                                     )   Case No. F05-0030CR(TWH)
v.                                   )
                                     )
EARL VALLEY II,                      )
                                     )
            Defendant.               )
_____)

**JUDGMENT OF DISCHARGE**
FED.R.CRIM.P. 32(k)(1)

  IT APPEARING that the defendant is now entitled to be discharged for the reason that:

  The trial jury has returned unable to reach a verdict, and the government has not filed a request for retrial prior to the deadline of December 9, 2005;

  Of the offense of Theft as charged in count one of the Information.

  **IT IS THEREFORE ADJUDGED** that the defendant is hereby discharged pursuant to Rule 32(k)(1), Federal Rules of Criminal Procedure.

  **DATED** at Fairbanks, Alaska, this 21 day of December, 2005.

                                        _____
                                        TERRANCE W. HALL
                                        United States Magistrate Judge

F05-0030---CR (TWH)
----------------------------------------
M. HADEN (FPD)
B. TETER
US MARSHAL
US PROBATION

26